BLOED, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [180 Misc. 893.]

IDA B. POLLOCK et al., Respondents, v. WARD BAKING COMPANY, Defendant, and ALFRED STARK et al., Defendants-Appellants. (Action No. 1.)

No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and grant a new trial unless plaintiff Ida B. Pollock stipulates to reduce the verdict in her favor to $6,000.

HUGH L. CAMERON, Respondent, v. ALFRED STARK et al., Appellants. (Action No. 2.)

No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and grant a new trial unless said plaintiff stipulates to reduce the verdict to $4,000. Settle order on notice.

BENJAMIN KOROBKIN, Respondent, v. PUBLIC FARMS PRODUCTS, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and dismiss the complaint.

## (October 29, 1943.)

GEORGE C. GILSEY, Appellant, v. ERNEST FRANCIS, Respondent. — No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

In the Matter of the Arbitration between COMMERCIAL BOOKBINDING COMPANY et al., Appellants, and WHITE HOUSE, INC., Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

In the Matter of MANQUEEN CORPORATION, Judgment Creditor, Appellant, v. RECLAMATION AND BUILDING CORPORATION, Judgment Debtor, Respondent. SARAH B. McCRARY et al., as Executors of ARTHUR BRISBANE, Deceased, Respondents. — No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

RAENORE NOVELTIES, INC., Respondent, v. ALFRED W. CASE et al., Doing Business as PLAK-KLOZ COMPANY, Appellants. RAENORE NOVELTIES, INC., Respondent, v. SUPERB STITCHING CO., INC., Appellant. RAENORE NOVELTIES, INC., Respondent, v. IDEAL FASTENER CORPORATION, Appellant. RAENORE NOVELTIES, INC., Respondent, v. BERT MECHUR et al., Doing Business as INVISIBLE FASTENER COMPANY, Appellants. RAENORE NOVELTIES, INC., Respondent, v. SEAL-PLAC, INC., Appellant. RAENORE NOVELTIES, INC., Respondent, v. RENA BERNSTEIN et al., Doing Business as "PLAQUETTE-EASE" PRODUCTS, Appellants. RAENORE NOVELTIES, INC., Respondent, v. RITE STYLE TRIMMING, INC., Appellant. RAENORE NOVELTIES, INC., Respondent, v. STUARTAB,

INC., Appellant. RAENORE NOVELTIES, INC., Respondent, v. LO-BELL NOVELTY INCORPORATED, Appellant. RAENORE NOVELTIES, INC., Respondent, v. ACE PLACKET COMPANY, INC., Appellant. RAENORE NOVELTIES, INC., Respondent, v. SAMUEL H. GEFFNER et al., Doing Business as VOGUE PLACKET COMPANY, Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

In the Matter of MANHATTAN SAVINGS BANK, Respondent. TILLIE SEGALL, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

READER MAIL, INC., Appellant, v. SOL FISHKO, as President of Paper Workers & Distributing Trades Union, Local 447 of International Printing Pressmen and Assistants' Union of North America, A. F. of L., Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

In the Matter of JOHN CASE et al., Doing Business under the Name of CASE & SMITH LUMBER. COMPANY, Judgment Creditors, Respondents, v. PAUL V. PANZARELLA, Judgment Debtor, Appellant. ANDERSON BRICK & SUPPLY CO., INC., Intervener, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

MARGUERITE H. MCFARLANE et al., as Executors of CLEMENT J. HEATON, Deceased, Plaintiffs, v. ELK GARAGE CO., INC., et al., Defendants, CHESTER NOYES, Defendant-Respondent, and GOTHAM GARAGE CO., INC., Defendant-Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part. Settle order on notice.

EUREKA PRODUCTIONS, INC., Appellant, v. ELEKTA FILM, A. G., et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

EUGENE CANTIN COMPANY, INC., Appellant, v. STAYNEW FILTER CORPORATION, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

In the Matter of OLGA MOSKOWITZ, Appellant. LITTLE BO PEEP KIDDIE CO., INC., Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

In the Matter of WEST SIDE SAVINGS BANK, Respondent. SAMUEL A. HYMAN et al., as Executors of WILLIAM HYMAN, Deceased, Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

EDWIN G. BURKE, Plaintiff, v. GUSTAVE BROWN, Appellant, and JULIA F. GILBERT, Defendant-Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part. [180 Misc. 903.]